668 A.2d 1112

COMMONWEALTH of Pennsylvania, Respondent,

v.

Thomas LAWSON, Respondent.

Supreme Court of Pennsylvania.

Dec. 15, 1995.

## ORDER

PER CURIAM:

AND NOW, this 15th day of DECEMBER, 1995, the Petition for Allowance of Appeal is hereby **GRANTED, BUT LIMITED** to the following issue:

Does the Commonwealth Attorneys Act, 71 P.S. 732–201, *et seq.,* provide a District Attorney the only authority by which to engage the assistance of the Attorney General's Office in a criminal prosecution?

Mr. Justice Montemuro participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).